DISCIPLINARY COUNSEL *v.* LEON.

[Cite as *Disciplinary Counsel v. Leon*, ___ Ohio St.3d ___, 2019-Ohio-3472.]

(No. 2018-0536—Submitted August 27, 2019—Decided August 29, 2019.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Robert James Leon, Attorney Registration No. 0078077, last known business address in Westerville, Ohio.

{¶ 2} The court coming now to consider its order of December 20, 2018, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent for a period of one year, with six months stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Leon*, 155 Ohio St.3d 582, 2018-Ohio-5090, 122 N.E.3d 1242.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____